Same case below, 573 F.3d 856.

**No. 09-9659. Johnnie K. Murrell, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 1112, 130 S. Ct. 2415, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3709.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 344 Fed. Appx. 616.

**No. 09-9662. Wilmer Giovany Olmedo, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2416, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3706.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 959.

**No. 09-9689. Robert Francis Berry, Petitioner v. South Carolina, et al.**

559 U.S. 1112, 130 S. Ct. 2416, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3813.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 666.

**No. 09-9782. Arturo Gallo-Moreno, aka Fernando Carrion, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2416, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3836.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 584 F.3d 751.

**No. 09-9802. Louis A. Hyman, Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2416, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3761.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 342 Fed. Appx. 730.

**No. 09-9803. Daniel Timothy Flynn, Petitioner v. Virginia.**

559 U.S. 1112, 130 S. Ct. 2416, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3774.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9822. John Wilkerson, Jr., Petitioner v. United States.**

559 U.S. 1112, 130 S. Ct. 2417, 176 L. Ed. 2d 933, 2010 U.S. LEXIS 3689.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 909.